COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN RE: ROSA SERRANO, INDIVIDUALLY, | § | No. 08-17-00044-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN HABEAS CORPUS |
| | § | |
| | § | |

## **O R D E R**

On February 24, 2017, the Court sent Relator, Rosa Serrano, notice that her habeas petition is defective in several respects.  Relator has filed documents for the purpose of correcting the defects.  The Court concludes that Relator's petition substantially complies with the requirements of TEX.R.APP.P. 52.3(j) and (k).

Relator has also filed a "Statement of Inability to Afford Payment of Court Costs."  *See* TEX.R.APP.P. 20.1(c).  The Court has determined Relator will be permitted to proceed without payment of filing fees in this original proceeding.  The Court's ruling made pursuant to Rule 20.1(c) does not entitle Relator to a free copy of the reporter's record of the contempt hearings.

IT IS SO ORDERED this 2nd day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.